## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

In re:

EASTERN VAULT COMPANY, INC.        Case No. 24-bk-_____

        Debtor .                   Chapter 7

In re:

WINCHESTER BUILDING SUPPLY CO., INC    Case No. 24-bk_____

        Debtor.                   Chapter 7

In re:

MST CONCRETE PRODUCTS, INC.        Case No. 24-bk-_____

        Debtor.                   Chapter 7

In re

DELLINGER PRECAST, INC.        Case No. 24-bk-_____

        Debtor.                   Chapter 7

In re

SEMINOLE PRECAST, LLC        Case No 24-bk-_____

        Debtor.                   Chapter 7

In re

PRECAST SUPPLY, INC.        Case No. 24-bk-_____

        Debtor.                   Chapter 7

## STATEMENT OF AFFILIATE BANKRUPTCY FILINGS

      Ryan W. Johnson, bankruptcy counsel for the above entities, provides this filing statement regarding the Chapter 7 bankruptcy filing of Eastern Vault Company, Inc., a West Virginia Corporation, and the related filings of its wholly owned affiliates as required by Question 10 of its bankruptcy petition.

Eastern Vault Company, Inc., was established in 1970 and its principal place of business was in Mercer County, West Virginia. Eastern Vault Company provided prestressed and precast concrete solutions for a wide variety of applications from precast concrete manholes to prestressed concrete bridge beams. The 100% owner of Eastern Vault Company is Eastern Vault Holdings, LLC, a Delaware limited liability company.

Eastern Vault Company, Inc., is the sole shareholder of other precast concrete solution companies located in Winchester Virginia (Winchester Building Supply, Inc.), Central, South Carolina (MST Concrete Products, Inc), Denver, North Carolina (Dellinger Precast, Inc.), Concord, North Carolina (Precast Supply, Inc.,) and Debary, Florida (Seminole Precast, LLC).

In 2021, Eastern Vault Company and its affiliates became parties to a credit agreement and LBC Credit Agency Services LLC ("LBC") is the administrative agent. LBS was granted a first priority lien on substantially all assets of Eastern Vault Company and on each of its affiliated companies.

After defaulting on the credit agreement, on March 11, 2024, a strict foreclosure sale was conducted and substantially all of the existing assets of Dellinger Precast, Inc., Precast Supply, Inc., and Winchester Building Supply Company, Inc, were transferred to Concrete Pipe and Precast, LLC. On April 5, 2024, substantially all of assets of MST Concrete Products, Inc. were sold to Knight's Precast, Inc., and substantially all the assets of Seminole Precast, LLC were sold to Concrete Impressions of Florida, Inc.

The assets that were not sold and/or transferred are principally the assets of Eastern Vault Company, as disclosed in its Chapter 7 bankruptcy schedules and attachments. The cases are being filed under Chapter 7 of the Bankruptcy Code in the Southern District of West Virginia, the principal place of business of Eastern Vault Company, Inc., to allow the Chapter 7 trustee to liquidate the remaining assets of Eastern Vault Company, Inc., and any remaining assets of its wholly owned affiliates.

/s/ Ryan W. Johnson
Johnson Legal Services
1049 Market Street
Wheeling, WV 26003
WV Bar No. 14178
www.JohnsonLegalServicesPLLC.com