# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

In re:

| | |
|---|---|
| EASTERN VAULT COMPANY, INC. | Case No. 24-bk-_____ |
| Debtor . | Chapter 7 |

In re:

| | |
|---|---|
| WINCHESTER BUILDING SUPPLY CO., INC | Case No. 24-bk_____ |
| Debtor. | Chapter 7 |

In re:

| | |
|---|---|
| MST CONCRETE PRODUCTS, INC. | Case No. 24-bk-_____ |
| Debtor. | Chapter 7 |

In re

| | |
|---|---|
| DELLINGER PRECAST, INC. | Case No. 24-bk-_____ |
| Debtor. | Chapter 7 |

In re

| | |
|---|---|
| SEMINOLE PRECAST, LLC | Case No 24-bk-_____ |
| Debtor. | Chapter 7 |

In re

| | |
|---|---|
| PRECAST SUPPLY, INC. | Case No. 24-bk-_____ |
| Debtor. | Chapter 7 |

## **MOTION TO TRANSFER THE POINT OF HOLDING COURT FROM BECKLEY, WEST VIRGINIA TO CHARLESTON, WEST VIRGINA**

Ryan W. Johnson, bankruptcy counsel to each of the above debtors, hereby requests that the point of holding court be transferred from Beckley, West Virginia, to Charleston, West Virginia for the convenience of the parties and in support of this Motion states:

1. Eastern Vault Company, Inc., filed a Chapter 7 bankruptcy petition on April 9, 2024, 2024.
2. Eastern Vault Company's principal place of business is in Mercer County, West Virginia.
3. Cases arising out of Mercer County are scheduled for hearing in Beckley, West Virginia. 28 U.S.C. § 129(b).
4. On April 9, 2024, under 11 U.S.C. § 1408(2), five affiliated companies of Eastern Vault Company, Inc., filed Chapter 7 bankruptcy cases in the Southern District of West Virginia.
5. The affiliated cases had principal places of business in Virginia, North Carolina, South Carolina and Florida.
6. Charleston, West Virginia is a more convenient forum to hear matters arising out of each of these cases because it is the resident courthouse of the presiding judge, the location of the Regional Office of the United States Trustee, the location of the office of the Chapter 7 Trustee to be appointed to this case, and Charleston, West Virginia is more accessible to for out-of-state creditors that may wish to be heard on matters in the affiliated bankruptcy filings.
7. Pursuant to the Note accompanying Bankr. S.D.W. Va. LBR 1014-2, "[a] motion filed with the petition requesting a change of divisional venue may be granted without entry of a written order" and therefore no proposed order is accompanying this Motion.

**WHEREFORE**, based on the convenience to the parties in interest, each of the above listed Debtors request that the point of holding court be transferred to Charleston, West Virginia for the duration of each case.

Respectfully submitted,

Jeffery Chastain, President / Chief Executive Officer

EASTERN VAULT COMPANY, INC.

WINCHESTER BUILDING SUPPLY CO., INC

MST CONCRETE PRODUCTS, INC.

DELLINGER PRECAST, INC.

SEMINOLE PRECAST, LLC

PRECAST SUPPLY, INC.

By counsel,

/s/ Ryan W. Johnson
Johnson Legal Services, PLLC
1049 Market Street
Wheeling, WV 26003
WV Bar No. 14178
304-780-3316
Johnson.Legal.Services.PLLC@gmail.com
www.JohnsonLegalServicesPLLC.com

**CERTIFICATE OF SERVICE**

This Motion was served upon registered e-filers in this case upon the date of its filing pursuant to Fed. R. Civ. P. 5(b)(2)(E), as made applicable to this proceeding by Fed. R. Bankr. P. 9014(b) and 7004.

/s/ Ryan W. Johnson
Johnson Legal Services, PLLC
1049 Market Street
Wheeling, WV 26003
WV Bar No. 14178
304-780-3316
Johnson.legal.services.pllc@gmail.com
www.JohnsonLegalServicesPLLC.com