## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**In re:**

**EASTERN VAULT COMPANY, INC.,**      Bankruptcy Case No. 24-10025
                    Chapter 7

  **Debtor.**

### APPLICATION FOR ORDER AUTHORIZING
### TRUSTEE TO RETAIN AND EMPLOY COUNSEL

  Robert L. Johns, Trustee for the bankruptcy estate of Eastern Vault Company, Inc. (the "Trustee"), hereby files this application and respectfully represents:

  1.  The debtor, Eastern Vault Company, Inc. (the "Debtor"), filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code, 11 U.S.C. §§ 701, *et seq.*, in the United States Bankruptcy Court for the Southern District of West Virginia and subsequently, the Trustee was appointed to administer the assets of the estate.

  2.  The Trustee believes it is necessary to employ counsel to assist him and to represent him in this proceeding. The Trustee respectfully requests an order approving the employment of the law firm of Johns & Associates, PLLC in this matter, and believes that this counsel has considerable experience in bankruptcy matters and is well qualified to represent the Trustee in these proceedings. The bankruptcy case is not an ordinary case because it will involve liquidating corporate assets.

  3.  The professional services of Johns & Associates, PLLC shall be, but not limited to, as follows:

  (a)  To prepare on behalf of the Trustee any necessary motions and other pleadings;

    (b)  To represent the Trustee at hearings on various motions and proceedings; and

    (c)  To perform such other legal services as shall be necessary and appropriate.

    4.  Except as disclosed in the Affidavit of Robert L. Johns which is attached to this application and to the best of the Trustee's knowledge, Johns & Associates, PLLC does not represent any interest adverse to the Trustee or the Debtor's estate on whose behalf it is to be engaged by the Trustee and that the law firm of Johns & Associates, PLLC is a "disinterested person" within the meaning of § 101(14) of the United States Bankruptcy Code.

    5.  The terms of the employment of Johns & Associates, PLLC as agreed to by the Trustee, subject to approval by the Court, are that attorneys and paralegals shall charge their ordinary hourly rates, as they change from time to time, with attorneys who may be expected to work on this case presently charging from $300.00 per hour to $525.00 per hour and paralegals charging $100.00 per hour (Current hourly rates: Robert L. Johns $525.00; Brian Blickenstaff $400.00; Joseph Johns $300.00).

    **WHEREFORE**, the Trustee respectfully requests that the Court approve the employment of the law firm of Johns & Associates, PLLC as counsel to the Trustee.

_____
ROBERT L. JOHNS (WV SB # 5161)
**JOHNS & ASSOCIATES, PLLC**
101 Brook Hill Drive
Charleston, WV 25311
*Trustee for the Bankruptcy*
*Estate of Eastern Vault Company, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

In re:

EASTERN VAULT COMPANY, INC.,	Bankruptcy Case No. 24-10025
	Chapter 7

	Debtor.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused a true and correct copy of the foregoing **"Application for Order Authorizing Trustee to Retain and Employ Counsel"**, **"Affidavit"** and the proposed **"Order Approving Application of the Chapter 7 Trustee to Employ Counsel"** to be served upon the following by mailing a true copy thereof to each of them in properly stamped and addressed envelopes deposited in the United States mail, postage prepaid on this _10th_ day of April, 2024:

Gary O. Kinder, Esquire
Assistant U.S. Trustee
300 Virginia Street, East, Room 2025
Charleston, WV 25301
*(Via Electronic Filing)*

Ryan Winquist Johnson, Esquire
Johnson Legal Services, PLLC
1049 Market Street
Wheeling, WV 26003
*(Via Electronic Filing)*

_____
ROBERT L. JOHNS