IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

In re:

EASTERN VAULT COMPANY, INC.,                Bankruptcy Case No. 24-10025
                                            Chapter 7

  Debtor.

## AFFIDAVIT

STATE OF WEST VIRGINIA,

COUNTY OF KANAWHA, to-wit:

**ROBERT L. JOHNS**, being duly sworn, deposes and states:

1. He is an attorney duly admitted to the practice of law in the State of West Virginia and in the United States District Court for the Southern District of West Virginia, and he is a partner in the law firm of Johns & Associates, PLLC, 101 Brook Hill Drive, Charleston, WV 25311.

2. He submits this affidavit in support of the application to employ Johns & Associates, PLLC as counsel to the duly appointed trustee for the bankruptcy estate of the debtor, Eastern Vault Company, Inc.

3. To the best of his knowledge and belief, neither he nor any other member or associate of Johns & Associates, PLLC has any connection with the Debtor, its creditors, or any other parties in interest in this case or their respective attorneys which is adverse to the interest of creditors in general or the Debtor's estate, except that the law firm and/or attorney(s) employed by the law firm may have rendered services to certain other creditors in matters unrelated to the present engagement.

4. He does not believe that any existing engagement of the firm will have any impact on, or will compromise, his and the firm's representation of the Trustee in this case or have any adverse affect on the Debtor's estate and that the law firm of Johns & Associates, PLLC is a "disinterested person" within the meaning of § 101(14) of the United States Bankruptcy Code.

_____
ROBERT L. JOHNS

Taken, subscribed and sworn to before me this 10th day of April, 2024.

My commission expires August 23, 2025.

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
Ann L Marshall
804 Fourth Street
New Martinsville, WV 26155
My Commission Expires August 23, 2025

_____
Notary Public