Form ntcempro

# UNITED STATES BANKRUPTCY COURT
## Southern District of West Virginia

In Re: Eastern Vault Company, Inc.
Debtor(s)

Case No.: 1:24–bk–10025

Chapter: 7
Judge: B. McKay Mignault

## NOTICE TO ALL PARTIES IN INTEREST OF MOTION/APPLICATION TO EMPLOY PROFESSIONAL

The following document was filed:

*5* – Application by Trustee Robert L. Johns to Employ Johns & Associates, PLLC as Attorney for Trustee with Certificate of Service. (Attachments: # 1 Affidavit) (Johns, Robert)

The aforementioned pleading is on file in the office of the undersigned Clerk, and you may review the same during regular business hours of the Court, or at anytime via ECF or PACER.

YOU ARE FURTHER NOTIFIED that if you object to the Motion/Application you must file your objection with the Clerk of this Court within 21 days from the date of this Notice stating the nature of the objection with specificity; any proper objection will be set for hearing upon further notice to the interested parties. The Court may elect to hold a hearing in the absence of any written response.

Dated: 4/11/24

Lesley Hoops, Clerk