Form ntcfclm

**UNITED STATES BANKRUPTCY COURT**
**Southern District of West Virginia**

---

In Re: Eastern Vault Company, Inc.
Debtor

Case No.: 1:24−bk−10025

Chapter: 7

---

**NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST**
**OF THE NEED TO FILE CLAIMS**

Notice is hereby given that:

It having appeared from the schedules of the Debtor(s) at the time of filing that there was no estate from which any dividend could be paid to creditors, the notice to creditors advised that it was unnecessary for any creditor to file his claim at that time.

It appearing subsequently that there is an estate from which a dividend to creditors may be paid, creditors must now file claims in order to share in any distribution from the estate. CLAIMS MUST BE FILED ON OR BEFORE July 9, 2024.

A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or you can obtain one at any bankruptcy clerk's office.

Claims which are not filed on or before the above date will not be allowed, except as otherwise provided by law. A claim may be filed, either electronically or by paper in the Office of the Clerk of Bankruptcy Court, Room 3200 Robert C. Byrd Courthouse, 300 Virginia Street East, Charleston, West Virginia, 25301, on an official form prescribed for a proof of claim.

Creditors who have previously filed a claim in this case need not file again.

Creditors who have filed a secured claim will be treated as though their collateral fully satisfies their claim, unless an amended claim showing any unsecured balance is filed, along with an accounting of the disposition of their collateral and an accounting of any funds received from such disposition.

Date of Issuance:  April 11, 2024

Lesley Hoops, Clerk