Form ordchven


B. McKay Mignault, Chief Bankruptcy Judge
United States Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA

| In Re:<br>Eastern Vault Company, Inc.<br>Debtor(s) | Case No. 1:24−bk−10025<br>Chapter: 7<br>Judge: B. McKay Mignault |
|---|---|

## ORDER GRANTING MOTION TO CHANGE DIVISIONAL VENUE OF CASE

    On this day the Court considered the motion of the Debtor(s) to change the divisional venue of the above−styled case from the Bluefield division to the Charleston division. The Court having determined that such motion should be granted, it is accordingly

    **IT IS ORDERED** that the motion of the Debtor(s) to change the divisional venue of this case is hereby granted.