# Notice Recipients

District/Off: 0425−1  User: admin  Date Created: 4/29/2024
Case: 1:24−bk−10025  Form ID: ordchven  Total: 182

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | | |
|---|---|---|
| 2834604 | Cash Sale Account | |
| 2834615 | Cody Cordoe | |
| 2834620 | Counter Sales | |
| 2834644 | Helen Lambert | |
| 2834648 | James Lester | |
| 2834668 | Malcolm Emory | |
| 2834683 | Nancy Ewing | |
| 2834688 | Paul Dodson | |
| 2834689 | Paul Tabor | |
| 2834690 | Pay Car Mine | |
| 2834691 | Penny Lawson | |
| 2834706 | Roman Hostetler | |
| 2834708 | Ryan Moody | |
| 2834725 | Todd Wagner | |
| 2834742 | Wylie Hershman | |

TOTAL: 15

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | ustpregion04.ct.ecf@usdoj.gov |
| tr | Robert L. Johns | rjohns@turnerjohns.com |
| aty | Janet Smith Holbrook | janet.holbrook@dinsmore.com |
| aty | Robert L. Johns | rjohns@turnerjohns.com |
| aty | Ryan Winquist Johnson | johnson.legal.services.pllc@gmail.com |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Eastern Vault Company, Inc. | 494 Courthouse Rd | Princeton, WV 24740 | |
| cr | James R. Vannoy & Sons Construction Company, Inc. | PO Box 635 | Jefferson, NC 28640 | |
| smg | United States Attorney | Southern District WV | P.O. Box 1713 | Charleston, WV 25326−1713 |
| smg | WV Department of Tax & Revenue | Bankruptcy Unit | P.O. Box 766 | Charleston, WV 25323−0766 |
| 2834579 | 84 Lumber Co. | 1019 Route 519 | Eighty Four, PA 15330 | |
| 2834583 | ALP Supply | PO Box 45958 | Baltimore, MD 21297−5958 | |
| 2836694 | ALP Supply Inc | 300 BEN FAIRLESS DRIVE | FAIRLESS HILLS, PA 19030 | |
| 2834580 | Acumen IT LLC | 3620 Pelham Rd | Greenville, SC 29615 | |
| 2834581 | Advanced Manufacturing Group | 29488 Woodward Ave., Suite 183 | Royal Oak, MI 48073 | |
| 2834582 | Airgas USA LLC | PO Box 734672 | Dallas, TX 75373−4672 | |
| 2834584 | Appalachian Aggregates LLC | 171 St Clairs Crossing | Bluefield, VA 24605 | |
| 2836698 | Appalachian Power Company | 1 Riverside Plaza   13th Floor | Attn: Jason Reid | Columbus, OH 43215 |
| 2834585 | Applied Industrial Tech Inc | 22510 Network Place | Chicago, IL 60673−1225 | |
| 2834586 | Arch Coal Inc.−Leer Mine Warehouse | 1200 Tygart Dr | Grafton, WV 26354−5401 | |
| 2834587 | Associated Packaging Inc | PO Box 306068 | Nashville, TN 37230−6068 | |
| 2834588 | B. Lane Landscaping, LLC. | 27 Honeysuckle Road | Pipestem, WV 25979−5007 | |
| 2834595 | BFG Corporation | 2801 Lakeside Drive, 212 | Deerfield, IL 60015 | |
| 2834597 | BNY Mellon | 240 Greenwich Street | New York City, NY 10286 | |
| 2834589 | Baker Tilly US LLP | PO Box 7398 | Madison, WI 53707−7398 | |
| 2834590 | Ballard Spahr, LLP | c/o Michael S. Myers | 1 E Washington St | Phoenix, AZ 85004 |
| 2834591 | Barkers Muffler & Tire City LLC | 725 Rogers St | Princeton, WV 24740 | |
| 2834592 | Beckley Sanitary Board | 301 S Heber Street | Beckley, WV 25801−5422 | |
| 2834593 | Bentley Manufacturing, Inc. | P.O. Box 607214 | Orlando, FL 32860 | |
| 2834594 | Besser Co USA | PO Box 675079 | Detroit, MI 48267−5079 | |
| 2834596 | Bluestone Energy Group− Belcher Branch | 1625 17th Street Ste 300 | Denver, CO 80202 | |
| 2834598 | Bradley Arant Boult Cummings LLP | c/o Paul Barsness | 1230 Peachtree Street NE 20th Floor | Atlanta, GA 30309 |
| 2834599 | Brian Long | 2409 Reece Harmon Ridge Rd | Rock, WV 24747 | |
| 2834600 | C & B Material Handling | 2070 Winfield Road | St. Albans, WV 25177 | |
| 2834601 | C & C Sales | PO Box 23 | Princeton, WV 24740−0023 | |
| 2834602 | C&T Construction | 19630 Interstate 20 | Canton, TX 75103 | |
| 2834605 | CBS Industrial Tooling LLC | 206 Imperial Dr | Princeton, WV 24739 | |
| 2834606 | CCF Legacy Inc | PO Box 562 | Mabscott, WV 25871 | |
| 2834616 | CONAC | 4475 River Green Parkway Suite 100 | Duluth, GA 30096 | |
| 2834619 | CORPORATION SERVICE CO as REP. | PO Box 2576 | Springfield, IL 62708 | |
| 2834622 | CPS Elan Client Service | PO Box 790428 | Saint Louis, MO 63179−0428 | |
| 2834603 | Calibration Services Inc | 300 Buttertown Rd | Emlenton, PA 16373 | |
| 2834607 | Certified Laboratories Div | 23261 Network Place | Chicago, IL 60673−1232 | |
| 2834608 | Chapman Radiant LLC | 19 Pinehurst Rd | Palmyra, VA 22963 | |
| 2834609 | Chesterfield Trading Co Inc | PO Box 34708 | Richmond, VA 23234−0708 | |

| | | | | |
|---|---|---|---|---|
| 2836700 | Chesterfield Trading Company, Inc. | P.O. Box 34708 | N. Chesterfield, VA 23234 | |
| 2834610 | Chris Cambell | 128 Frontier Place | Princeton, WV 24739 | |
| 2834611 | Cintas | PO Box 631025 | Cincinnatti, OH 45263–1025 | |
| 2834612 | City of Princeton | 800 Bee Street | Princeton, WV 24740 | |
| 2834613 | Claude Erps Construction Inc–ABCO | 1301 Pen Mar Avenue | Bluefield, WV 24701 | |
| 2834614 | Cliserio R. Cruz | 37 Tower Cir NW | Concord, NC 28027 | |
| 2834617 | ConSeal | PO Box 713244 | Cincinnati, OH 45271–3244 | |
| 2837414 | Concrete Accessories of Georgia, Inc. | 4475 River Green Parkway | Suite 100 | Duluth, GA 30096 |
| 2834618 | ConstructConnect Inc | PO Box 207121 | Dallas, TX 75320–7121 | |
| 2834621 | Cox Security Services | PO Box 1760 | Princeton, WV 24740 | |
| 2834623 | Danny Shrewsberry | 203 Cabell St. | Princeton, WV 24740 | |
| 2834624 | Dayton Superior Corp | PO Box 772721 | Chicago, IL 60677–2721 | |
| 2834625 | Dellinger Precast, Inc. | 4531 N Highway 16 | Denver, NC 28037 | |
| 2834626 | Dentons Cohen & Grigsby P.C. | Attention: Chris Thel | 625 Liberty Avenue 5th Floor | Pittsburgh, PA 15222–3152 |
| 2834627 | Dentons Cohen & Grigsby, P.C. | 625 Liberty Ave | Pittsburgh, PA 15222 | |
| 2834628 | Dreama Short | 1439 East Main Street | Princeton, WV 24740 | |
| 2834631 | EJ USA Inc | PO Box 644873 | Pittsburgh, PA 15264–4873 | |
| 2835816 | ENERGY TRANSPORT USA INC | 111 W JACKSON BLVD SUITE 1700 | CHICAGO, IL 60604–3597 | |
| 2834632 | ENERGY Transport USA | 111 West Jackson Boulevard | Chicago, IL 60604 | |
| 2834629 | Eastern Door & Glass | PO Box 1737 | Princeton, WV 24740 | |
| 2834630 | Eastern Vault Holdings, LLC | 460 Courthouse Road | Princeton, WV 24740 | |
| 2837398 | Euler Hermes agent for ENERGY LOGISTICS INC | 100 International Dr 22nd Floor | Baltimore, MD 21202 | |
| 2834633 | Excel Truck Group | PO Box 7178 | Roanoke, VA 24019 | |
| 2834634 | Expense Reduction Analysts Inc | PO Box 956251 | St Louis, MO 63195–6251 | |
| 2835478 | Expense Reduction Analysts, Inc. | 457 Cloverdale Drive | Wexford, PA 15090 | |
| 2834635 | Fairview Search Group, LLC | 8045 Corporate Center Dr | Charlotte, NC 28226 | |
| 2834636 | Ferguson Enterprises LLC #1480 | PO Box 644054 | Pittsburgh, PA 15264–4054 | |
| 2834637 | First American Title Insurance Company | ATTN Kristin Brown | 2555 E Camelback Rd STE 350 | Phoenix, AZ 85016–0009 |
| 2834638 | Forney LP | 2050 Jacksons Pointe Ct | Zelienople, PA 16063 | |
| 2834643 | GSI | 3902 Henderson Blvd 208 | Tampa, FL 33629 | |
| 2834639 | General Sales of VA Inc | PO Box 12726 | Roanoke, VA 24028 | |
| 2834640 | General Shale Brick Inc | PO Box 5825 | Carol Stream, IL 60197–5825 | |
| 2834641 | Grainger | Dept 851392837 | Palatine, IL 60038–0001 | |
| 2834642 | Graylex Pro Services LLC | 325 Over Yonder Way | Camp Creek, WV 24740 | |
| 2834645 | Idencia | 66 Hanover Street | Manchester, NH 3101 | |
| 2834646 | Insteel Wire Products | PO Box 60663 | Charlotte, NC 28260 | |
| 2834647 | Internal Revenue Service | PO Box Box 7346 | Philadelphia, PA 19101 | |
| 2834651 | JOHN DEERE CONST & FORESTRY CO. | 6400 NW 86TH ST | Johnston, IA 50131 | |
| 2834649 | JennChem, LLC | P.O. Box 948800 | Atlanta, GA 30394–8800 | |
| 2834650 | Jennings RV & Mobile Home Accs | 514 Mt Horeb Rd | Princeton, WV 24739 | |
| 2834652 | Jones Road and Bridge, Inc | 17380 Lee Hwy | Abingdon, VA 24210 | |
| 2834653 | Kanawha Scales & Systems, Inc. | 111 Jacobson Dr | Poca, WV 25159 | |
| 2834654 | Kimberly Strickland | Po Box 4614 | Buffalo, NY 14240 | |
| 2834655 | King Of Freight LLC | PO Box 49170 | Wichita, KS 67201 | |
| 2834656 | Kings Tire Service Inc | PO Box 3511 | Bluefield, WV 24701 | |
| 2834657 | Kitts Tire Service Inc | PO Box 1366 | Princeton, WV 24740 | |
| 2834658 | Kosmos Cement Co LLC | PO Box 676034 | Dallas, TX 75267–9893 | |
| 2834659 | Kutak Rock, LLP | ATTN Nathan P. Humphrey, Esq 1801 Califo | Denver, CO 80202 | |
| 2834660 | LA Gates Co | 2302 S Fayette Street | Beckley, WV 25801 | |
| 2834663 | LBC CREDIT AGENCY SERVICES, LLC | 555 E. Lancaster Ave 450 | Radnor, PA 19087 | |
| 2834661 | Lamberts Construction | 4665 John Nash Blvd | Bluefield, WV 24701–9551 | |
| 2834662 | Law Office of William J. Ferren & Associates | ATTN: Jeffrey M. Carder | P.O. Box 2903 | Hartford, CT 06104–2903 |
| 2834664 | Limestone Dust Corp | PO Box 188 | Pounding Mill, VA 24637 | |
| 2834666 | Lowe's Companies Inc | 1000 Lowes Blvd | Mooresville, NC 28117–8520 | |
| 2834665 | Lowes | PO Box 530954 | Atlanta, GA 30353–0954 | |
| 2834667 | Lusk Disposal Service Inc | P.O. Box 300 | Bluefield, WV 24701 | |
| 2834670 | MBS Admixtures US LLC | MBCC Group | Chicago, IL 60673–4893 | |
| 2834680 | MPAQ Automation Inc | 14–3300 Ridgeway Dr | Mississauga ON L5L 5Z9 | |
| 2834681 | MST Concrete Products, Inc. | 1588 18 Mile Road | Central, SC 29630 | |
| 2834669 | Matheny Motor Truck Co Corporate Billing LLC | Dept. 100 | PO Box 830604 | Birmingham, AL 35283 |
| 2834671 | McKenzie Lumber Company, Inc., | 741 Federal Street | Rich Creek, VA 24147 | |
| 2834672 | Mendon Pipeline | 600 Fishers Station Dr | Victor, NY 14564–9784 | |
| 2834673 | Mercer Co Sheriff | 1501 West Main Street | Princeton, WV 24740 | |
| 2834675 | Mi–Jack Products Inc | P.O. Box 88486 | Chicago, IL 60680–1486 | |
| 2834674 | Mid Park Highway | 2555 Brandenburg Rd | Leitchfield, KY 42754 | |
| 2834676 | Mike Terry | 1100 E Milam St | Mexia, TX 76667 | |
| 2834677 | Mixer Systems Inc | PO Box 10 | Pewaukee, WI 53072–0010 | |
| 2834678 | Mobile Communications America Inc | PO Box 2458 | Charlotte, NC 28201 | |
| 2834682 | Muka Development Group LLC | PO Box 8280 | Red Bank, NJ 7701 | |
| 2837161 | National Energy Holding Company dba Steelcon Suppl | Steelcon Supply Company | 265 Industrial Drive | Beckley, WV 25801 |

| ID | Name | Address | City/State/Zip |
|---|---|---|---|
| 2834684 | New River Contracting | 452 Barrington Hill Rd | Fayetteville, WV 25840 |
| 2837181 | Nox–Crete, Inc | 1444 S 20th Street | Omaha, NE 68108 |
| 2834685 | Old Dominion Construction, LLC.,–ABCO | 2113 College Avenue | Bluefield, VA 24605–2030 |
| 2834686 | Orkin | PO Box 740589 | Cincinatti, OH 45274–0589 |
| 2834687 | Oschmann Screening | 1037 S Alvernon Way Suite #150 | Tucson, AZ 85711 |
| 2834693 | PNC Bank | The Tower at PNC Plaza 300 Fifth Avenue | Pittsburgh, PA 15222 |
| 2834695 | PTM Transport | 17420 SE 256 TH ST | Kent, WA 98042–5218 |
| 2834692 | Performance Drives Inc | PO Box 1682 | Richlands, VA 24641 |
| 2834694 | Precast Supply Company, Inc. | 1201 Biscayne Drive | Concord, NC 28027–9600 |
| 2834696 | R & L Carriers | PO Box BOX 10020 | Port William, OH 45164–2000 |
| 2834697 | Ramaco Resources, LLC–Eagle Mine | 250 West Main St. Ste. 1900 | Lexington, KY 40507 |
| 2834698 | Ranger Fuels | 560 Main Street W. | White Sulphur Springs, WV 24986 |
| 2834699 | Rashan Rhoden | 4575 Misty Dawn Ct | S. Jacksonville, FL 32277 |
| 2834700 | Recon Wall System, Inc. | 11521 Eagle St. NW Suite 2 | Minneapolis, MN 55448 |
| 2834701 | Reece's Building Supply, Inc. | 2683 Virginia Ave | Narrows, VA 24124 |
| 2834702 | Reed Smith, LLP | 225 5th Ave Ste 1200 | Pittsburgh, PA 15222 |
| 2834703 | Reginald D. Henry, Atty at Law | PO Box 465 | Mabscott, WV 25871 |
| 2834704 | Roanoke Cement Co LLC ABCO | PO Box 932735 | Atlanta, GA 31193–2735 |
| 2834705 | Roanoke Cement Co LLC EVCO | PO Box 932735 | Atlanta, GA 31193–2735 |
| 2834707 | Royal Brass & Hose Inc | PO Box 51468 | Knoxville, TN 37950–1468 |
| 2834716 | STORE CAPITAL ACQUISITIONS, LLC | ATTN: Asset Management  8377 E. Hartford Drive Suite 100 | Scottsdale, AZ 85255 |
| 2834717 | STORE Master Funding XX, LLC | ATTN Asset Management  8377 E. Hartford Dr. Suite 1000 | Scottsdale, AZ 85255 |
| 2834709 | Salem Stone | PO Box 1620 | Dublin, VA 24084 |
| 2834710 | Seminole Precast, LLC | 460 Courthouse Road | Princeton, WV 24740 |
| 2834711 | Sheds Direct Inc | 6156 Petra Mill Rd | Granite Falls, NC 28630–8111 |
| 2834712 | Southern Carlson, Inc | PO Box 744372 | Atlanta, GA 30374–4372 |
| 2834713 | Spartan Mining Co., LLC | PO Box 460 | Brenton, WV 24818 |
| 2834714 | State Electric Supply Co | PO Box 890889 | Charlotte, NC 28289–0889 |
| 2834715 | SteelCON Supply Co | 265 Industrial Dr | Beckley, WV 25801 |
| 2834718 | Strong Products Inc | PO Box 1023 | Battle Creek, MI 49016–1023 |
| 2834719 | Sumiden Wire Products Corp | PO Box 2105 | Carol Stream, IL 60132–2105 |
| 2834720 | Sweet Springs Valley Water Co | 1598 Rowan Rd | Gap Mills, WV 24941 |
| 2834721 | The Hales Co | 8031 US 70 Bus Hwy W | Clayton, NC 27520 |
| 2834722 | Thomas J. Trently ,Jr | 1040 Park Avenue Suite 302 | Baltimore, MA 21201 |
| 2834723 | Tiffany Lankford | 924 Thistle Hollow Rd PO Box 182 | Lindside, WV 24951 |
| 2834724 | Titan Up Consulting LLC | 10315 Ponytail Lane | Mint Hill, NC 28227–3600 |
| 2834726 | Travlers CL Remittance Center | PO Box 660317 | Dallas, TX 75266–0317 |
| 2834727 | Trigard | 1126 N Kimball St | Danville, IL 61832 |
| 2834728 | Triton Construction, Inc. | 1944 Winfield Rd | St Albans, WV 25177 |
| 2834729 | UFP Morristown, LLC | 530 W Morris Blvd | Morristown, TN 37813 |
| 2834732 | US Foundry & MFG | PO Box 7410549 | Chicago, IL 60674–0549 |
| 2834730 | Uline | Attn: Accounts Receivable  PO Box 88741 | Chicago, IL 60680–1741 |
| 2834731 | UniFirst Corp | PO Box 650481 | Dallas, TX 75265–0481 |
| 2834741 | WVDOT– District 9 | 146 Stone House Rd | Lewisburg, WV 24901 |
| 2834733 | Waterfield Labor Solutions of AL LLC | 624 Nottingham Blvd | West Palm Beach, FL 33405 |
| 2834734 | Web Strategic Marketing | 17 Roundtable Ct | Richmond, RI 2892 |
| 2834735 | Wells Fargo Vendor Fin Svcs LLC | PO Box 740541 | Atlanta, GA 30374–0541 |
| 2834736 | West Virginia State Tax Department | Bankruptcy Unit  P.O. Box 766 | Charleston, WV 25323–0766 |
| 2834737 | White Cap LP | P.O. BOX 4852 | San Francisco, CA 32802–4852 |
| 2834738 | Wilson Brothers Auto Parts | Napa Auto Parts | Ronceverte, WV 24970 |
| 2834739 | Winchester Building Supply Company, Inc. | 2001 Millwood Pike | Winchester, VA 22602 |
| 2834740 | Worldwide Equipment of WV Inc | PO Box 2222 | Decatur, AL 35609–2222 |
| 2834679 | monday.com Ltd | 111 E 18th St, 13th Floor | New York, NY 10003 |

TOTAL: 162