## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

In re:

**EASTERN VAULT COMPANY, LLC,**                 Case No. 24-bk-10025

                                                Chapter 7

     Debtor.

## APPLICATION OF ROBERT L. JOHNS, CHAPTER 7 TRUSTEE, TO RETAIN AND EMPLOY JACKSON KELLY PLLC AS SPECIAL COUNSEL

Robert L. Johns, Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Eastern Vault Company, LLC (the "Debtor"), hereby submit this application (the "Application") pursuant to sections 327(a) and 328 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.*, as amended (the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and Rules 2014-1 and 2016-1 of the Local Bankruptcy Rules for the Southern District of West Virginia (the "Local Rules"), for entry of and order authorizing and approving the retention and employment of Ellen S. Cappellanti, and the law firm of Jackson Kelly PLLC (collectively, "Jackson Kelly"), as special counsel for the Trustee. In support of this Application, the Trustee relies on the Declaration of Ellen S. Cappellanti (the "Declaration") attached hereto as **Exhibit A.** In further support of this Application, the Trustee submits as follows:

1.     On April 9, 2024, the Debtor filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of West Virginia (the "Court") and subsequently, the Trustee was appointed to administer the assets of the estate.[1]

---

[1] Subsidiaries of the Debtor also filed petitions. *See MST Concrete Products, Inc.,* Case No. 1:24-bk-10026; *Seminole Precast, LLC,* Case No. 1:24-bk-10027; *Dellinger Precast, Inc.,* Case No. 1:24-bk-10028; *Winchester Building Supply Company, Inc.,* Case No. 1:24-bk-10029; and *Precast Supply Company, Inc.,* Case No. 2:24-bk-20074. The Trustee intends to file motions seeking to administratively consolidate the separate matters and designating this proceeding as

4822-8761-2131.v1

2.      By this Application, the Trustee seeks this Court's approval to employ and retain Jackson Kelly as special counsel to the Trustee to provide legal and specialized professional services by advising the Trustee as to his legal rights in liquidating the estate's interests in corporate assets and representing the Trustee with any potential adversary actions to be filed by the Trustee.

3.      It is necessary and essential that the Trustee employs Jackson Kelly to render the foregoing legal and specialized professional services.  Jackson Kelly has considerable experience in bankruptcy and is well qualified to represent the Trustee with respect to the matters on which Jackson Kelly is to be employed.

4.      Except as disclosed in the Declaration, and to the best of the Trustee's knowledge, Jackson Kelly does not represent or hold any interest adverse to the Debtor, the estate, creditors, and/or the Trustee with respect to the matter on which Jackson Kelly is to be employed.

5.      The terms of the engagement agreed to between Jackson Kelly and the Trustee are that Jackson Kelly shall be compensated for its services on an hourly basis in accordance with its ordinary and customary rates, which are in effect on the date the services are rendered, subject to annual adjustment commensurate with experience and expertise. The Trustee has been advised by Jackson Kelly that the attorneys who are expected to work on this case have 2023 hourly rates ranging from $225 to $565. From time to time, other Jackson Kelly attorneys may be involved in these cases as needed. Jackson Kelly's current hourly rates are based upon each individual's experience and expertise; rates of attorneys range from $225 to $565 per hour and paraprofessional rates range from $55 to $200 per hour.

---

the main case for administrative purposes. .

2

4822-8761-2131.v1

6.      Jackson Kelly, in addition to the hourly rates mentioned above, customarily charges clients for the actual and necessary costs of support services provided as part of its representation. Such support services include, e.g., court reporters, transcripts, research, filing fees, copying, telecommunications, messengers, courier mail, secretarial overtime, temporary services, travel, lodging and meals.  These services may be provided by Jackson Kelly or third-party service providers.  The costs for these services are generally consistent with those of other firms and are subject to approval by this Court.

7.      Jackson Kelly will use every effort to be cost effective, including but not limited to, utilizing junior attorneys and paralegals to handle those aspects of the case that may be properly delegated to such persons.

8.      The Trustee believes that employment of Jackson Kelly is necessary and in the best interest of the estate and will allow the Trustee to best carry out his duties as Trustee.

**WHEREFORE**, the Trustee respectfully requests that the Court enter an order substantially in the form submitted herewith: (a) authorizing the employment and retention of Jackson Kelly as special counsel to the Trustee pursuant to sections 327(a), 328 and 330 of the Bankruptcy Code on the terms and conditions set forth in this Application; and (b) granting such other and further relief as this Court deems just and proper.

Dated: May 8th, 2024                         Respectfully submitted,
            Charleston, West Virginia

                                             /s/ Robert L. Johns
                                             ROBERT L. JOHNS
                                             101 Brook Hill Drive
                                             Charleston, West Virginia 25311
                                             Telephone: (304) 720-2312
                                             Fax: (304) 720-2311
                                             Email: rjohns@johnswvlaw.com
                                             *Chapter 7 Trustee*

3

4822-8761-2131.v1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

In re:

**EASTERN VAULT COMPANY, LLC,**                    Case No. 24-bk-10025
                                                   Chapter 7

   Debtor.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused a true and correct copy of the foregoing **"Application for Order Authorizing Trustee to Retain and Employ Counsel"**, **"Declaration"** and the proposed **"Order Approving Application of the Chapter 7 Trustee to Employ Counsel"** to be served upon the following by mailing a true copy thereof to each of them in properly stamped and addressed envelopes deposited in the United States mail, postage prepaid on this ___8ᵃ___ day of May, 2024:

Gary O. Kinder, Esquire
U.S. Trustee's Office
300 Virginia Street, East, Rm. 2025
Charleston, WV 25301
*(Via Electronic Filing)*

Ryan Winquist Johnson, Esquire
Johnson Legal Services, PLLC
1049 Market Street
Wheeling, WV  26003

Ellen Cappellanti, Esquire
Jackson Kelly, PLLC
PO Box 553
Charleston, WV  25322

_____
ROBERT L. JOHNS

4

4822-8761-2131.v1