

B. McKay Mignault, Chief Bankruptcy Judge
United States Bankruptcy Court

**Dated: May 24th, 2024**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

In re:

**EASTERN VAULT COMPANY, LLC,**

Case No. 24-bk-10025
Chapter 7

Debtor.

### ORDER GRANTING THE APPLICATION OF
### ROBERT L. JOHNS, CHAPTER 7 TRUSTEE, TO RETAIN
### AND EMPLOY JACKSON KELLY PLLC AS SPECIAL COUNSEL

This Court has considered the *Application of Robert L. Johns, Chapter 7 Trustee, to Retain and Employ Jackson Kelly PLLC as Special Counsel* (the "Application"), which seeks authorization to employ Ellen S. Cappellanti, and the law firm of Jackson Kelly PLLC ("Jackson Kelly"), as special counsel to the Trustee in the above captioned bankruptcy case. The Court is satisfied that Jackson Kelly is disinterested and represent no interest materially adverse to Trustee or the Debtor in this Bankruptcy Case, and that their employment is necessary and in the best interests of the estate pursuant to 11 U.S.C. § 327.

It is hereby ORDERED that Trustee is authorized to employ and appoint Jackson Kelly to represent him as his special counsel for the purposes outlined in the Application; and it is

FURTHER ORDERED that the fees and costs charged by Jackson Kelly are subject to allowance or review by the Court in accordance with 11 U.S.C. §§ 328, 330, and 331 and Local Rule of Bankruptcy Procedure 2014-1 and 2016-1.

4821-9818-8379.v1

Submitted by:

/s/ Robert L. Johns
ROBERT L. JOHNS
101 Brook Hill Drive
Charleston, West Virginia 25311
Telephone: (304) 720-2312
Fax: (304) 720-2311
Email: rjohns@johnswvlaw.com
*Chapter 7 Trustee*

4821-9818-8379.v1