Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

| In Re: <br> Eastern Vault Company, Inc. <br> Debtor(s) | Case No. 1:24–bk–10025 <br> Chapter: 7 <br> Judge: B. McKay Mignault |
|---|---|

PLEASE TAKE NOTICE that a hearing will be held at

Bankruptcy Courtroom, Room 6200, 6th Floor Robert C. Byrd U.S. Courthouse, 300 Virginia Street East, Charleston, WV 25301
on 3/4/26 at 01:30 PM

to consider and act upon the following:

[370] Motion for Protective Order filed by Trustee Robert L. Johns.

Participants who have received prior approval from the Court to appear telephonically must dial 1–855–244–8681 and, when prompted: enter access code 2307 696 5636 and press # (pound) to bypass the prompt for attendee ID. There is no charge for this service. Participants' phones are automatically muted by the Court. To unmute your phone to participate when recognized by the Court, please press *6 (star six). Do not unmute yourself until the Court directs you. For further information on telephonic appearances, visit our website at www.wvsb.uscourts.gov or contact the Clerk's office at 304–347–3003.

Dated: 2/25/26

                                                          Lesley Hoops
                                                          Clerk, U.S. Bankruptcy Court

                                                          BY: Kayla Good
                                                          Deputy Clerk