# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0425−1 | User: admin | Date Created: 2/25/2026 |
| Case: 1:24−bk−10025 | Form ID: ntchrgBK | Total: 6 |

**Recipients of Notice of Electronic Filing:**

aty      Ellen S. Cappellanti      ecappellanti@jacksonkelly.com
aty      Ryan Winquist Johnson      johnson.legal.services.pllc@gmail.com

                                                                                                                                     TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db      Eastern Vault Company, Inc.      494 Courthouse Rd      Princeton, WV 24740
aty      Chacey Malhouitre      Jackson Kelly PLLC      100 West Main Street, Suite 700      Lexington, KY 40507
2834663      LBC CREDIT AGENCY SERVICES, LLC      555 E. Lancaster Ave 450      Radnor, PA 19087
2838956      LBC Credit Agency Services, LLC      c/o McDermott Will & Emery LLP      Attn: Bradley Thomas Giordano and Jake      444 W. Lake Street, Suite 4000      Chicago, IL 60606−0029

                                                                                                                                     TOTAL: 4