B. McKay Mignault, Chief Bankruptcy Judge
United States Bankruptcy Court

**IN THE UNITED STATES**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| **In re:**<br><br>**EASTERN VAULT COMPANY, INC., et al.,**[1]<br><br>Debtors. | **Case No. 24-10025**<br>**(Jointly Administered)**<br>**Chapter 7** |

**ORDER APPROVING SETTLEMENTS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019**

This matter came before the Court on the motion (the "Motion")[2] of the Trustee, Robert L. Johns (the "Chapter 7 Trustee"), solely in his capacity as the Trustee for the bankruptcy estate of Eastern Vault Company Inc. ("Eastern Vault"), Dellinger Precast, Inc. ("Dellinger"), Precast Supply, Inc. ("Precast"), Winchester Building Supply Company, Inc. ("Winchester"), MST Concrete Products, Inc. ("MST"), and Seminole Precast, LLC ("Seminole," and together with Eastern Vault, Dellinger, Precast, Winchester, and MST, the "Debtors"), pursuant to Bankruptcy Rule 9019, to approve the terms of the respective Settlement Agreements between the Chapter 7 Trustee and B&B Oil Company, Inc., Samsara, Inc., Sumiden Wire Products Corp., TitanUp Consultants, LLC, Swope & Associates, Inc., Mid-Park, Inc. d/b/a Mid-Park Highway, Insteel Wire Products, Virginia Truck Center, Inc. d/b/a Excel Truck Group, and Hale Trailer Brake & Wheel, Inc. (hereinafter collectively the "Settlement Parties," and together with the Chapter 7 Trustee, the "Parties"), in connection with certain transfers allegedly made by the Debtors to the Settlement Parties during the Preference Period.

---

[1] The Debtors in these chapter 7 cases are Eastern Vault Company, Inc., Case No. 24-10025; MST Concrete Products, Inc., Case No. 24-10026; Seminole Precast, LLC, Case No. 24-10027; Dellinger Precast, Inc., Case No. 24-10028; Winchester Building Supply Company, Inc., Case No. 24-10029; Precast Supply Co, Inc., Case No, 24-20074.

[2] Capitalized terms not otherwise defined herein shall have the same meaning as set forth in the Motion.

The Court finds that (a) the settlements proposed in the Motion and set forth in the respective Settlement Agreements are fair and reasonable and in the best interests of the Estates and its creditors; and (b) service of the Motion constitutes adequate notice of the relief granted.

The Parties being in agreement, and the Court having reviewed the record and being otherwise adequately informed, it is hereby **ORDERED AND ADJUDICATED** as follows:

1. The Motion is **GRANTED**.
2. The proposed compromise and the terms of each of the respective Settlement Agreements are hereby **APPROVED**.
3. The Chapter 7 Trustee is hereby **AUTHORIZED** to carry out the terms of the Settlement Agreements.
4. The Settlement Amounts received by the Chapter 7 Trustee from the Settlement Parties are unencumbered property of the Debtors' respective estates.
5. This is a final and appealable order and there is no just cause for delay of its entry.

Tendered by:

s/ Joseph T. Johns
Joseph T. Johns (WVBN #12754)
JACKSON KELLY PLLC
501 Grant Street, Suite 1010
Pittsburgh, PA 15219
Telephone: (412) 434-7619
Facsimile: (412) 434-8810
Email: joseph.johns@jacksonkelly.com

Ellen Cappellanti (WVBN #627)
Angela L. Beblo (WVBN #10345)
JACKSON KELLY PLLC
500 Lee Street E, Suite 1600
P.O. Box 553 (25322)
Charleston, WV 25301
Phone: (304) 340-1000

Facsimile: (304) 340-1130
ecappellanti@jacksonkelly.com
angela.beblo@jacksonkelly.com

Chacey R. Malhouitre, KY #91019 (Visiting Attorney)
JACKSON KELLY PLLC
100 W. Main St., Suite 700
Lexington, KY 40507
Phone: (859) 288-2817
chacey.malhouitre@jacksonkelly.com

*Counsel for Robert L. Johns, solely in his capacity*
*as the Chapter 7 Trustee of the Debtors' Bankruptcy Estates*